IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, AS TRUSTEE FOR MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO6,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EMMANUEL G. RODRIGUEZ, ET AL.,<br><br>　　　　Defendants. | No. 3:15-cv-00454-CRB<br><br>**ORDER GRANTING MOTION TO REMAND AND VACATING HEARING** |

　　Plaintiff Deutsche Bank National Trust Company Americas moves to remand this unlawful detainer action to state court, arguing that Defendants Emmanuel G. Rodriguez and Joyce G. Rodriguez have not established and cannot establish that this Court has subject matter jurisdiction in this case as required by 28 U.S.C. § 1441. See Mot. to Remand (dkt. 10). As an initial matter, the deadline to file and serve an opposition to the motion to remand came and went without a word from Defendants. See Civil Local Rule 7-3(a). Moreover, it is clear on the face of the Complaint that removal was improper. Defendants cannot remove on the basis of diversity jurisdiction because they are "forum state defendants," meaning they are citizens of the state in which the action was brought. See 28 U.S.C. § 1441(b)(2); Notice of Removal (dkt. 1) at ¶ 6 (stating that Defendants are citizens of California). And no federal

question appears on the face of the Complaint, which is strictly an unlawful detainer action related to real property located in Alameda County. See generally Complaint, Notice of Removal at Ex. 3. Any federal issue that Defendants intend to raise as an answer or counterclaim cannot serve as the basis for "arising under" jurisdiction. See Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc., 535 U.S. 826, 831 (2002); Notice of Removal at ¶¶ 9–15. Accordingly, the Court GRANTS the motion to remand this case to state court. The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and VACATES the hearing set for March 20, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE